USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 04/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

NEELAM TANEJA a/k/a NEELAM UPPAL,

                    Debtor.

---

NEELAM TANEJA a/k/a NEELAM UPPAL,

                      Debtor/Appellant,

- against -

THE HEALTH LAW FIRM and GEORGE INDEST,

                      Creditor/Appellees.

**OPINION AND ORDER**

17 Civ. 5618 (ER)

Ramos, D.J.:

On April 16, 2018, this Court issued an order affirming the decision of the Bankruptcy Court below and sanctioning Appellant Neelam Uppal ("Uppal") in the amount of $5,000. *See* Doc. 67. Uppal has filed a notice of appeal and a motion for stay pending appeal. *See* Docs. 69–70. Appellees The Health Law Firm and George Indest ("Health Law") have filed a request that this court require Uppal to pay some or all of the sanctions, costs, and attorney's fees imposed against her before proceeding with an appeal. *See* Doc. 71.

The Court DENIES Uppal's request for a stay pending appeal to the Second Circuit largely for the same reasons it denied her request for a stay pending the Court's decision on her appeal in November 2017. *See* Doc. 35. Namely, although Uppal has presented several arguments, she has not shown that she has a likelihood of success on the merits, nor has she shown that she may suffer irreparable harm if a stay is not granted.

Although the Court will not grant Uppal's request for a stay, it also will not exercise its discretion to impede her right to appeal. Therefore, Health Law's request, which asks that the Court require Uppal to pay or post a bond representing the amount awarded against her below, is also DENIED.

It is SO ORDERED. The Clerk of Court is respectfully directed to terminate the motions (Docs. 70 and 71) and to mail a copy of this order to Taneja.

Dated: April 27, 2018
New York, New York

Edgardo Ramos, U.S.D.J.